UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                          Case No.  05-cr-196-01-SM

Tamieka Lamos

## O R D E R

Defendant Lamos' motion to continue the final pretrial conference and trial is granted (document 17). Trial has been rescheduled for the February 2006 trial period. Defendant Lamos shall file a waiver of speedy trial rights not later than November 1, 2005. On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** January 27, 2006 at 11:30 a.m.

**Jury Selection**: February 7, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

October 24, 2005

cc:   Jeffrey Levin, Esq.
      Alfred Rubega, AUSA
      US Probation
      US Marshal