UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Case No.  05-cr-196-01-SM

<u>Tamieka Lamos</u>

## O R D E R

Defendant Lamos' motion to continue the final pretrial conference and trial is granted (document 20). Trial has been rescheduled for the April 2006 trial period. Defendant shall file a waiver of speedy trial rights not later than February 3, 2006. On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference or Change of Plea:** March 20, 2006 at 11:30 a.m.

**Jury Selection**: April 4, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

January 25, 2006

cc: Jeffrey Levin, Esq.
 Alfred Rubega, AUSA
 US Probation
 US Marshal